IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 20-CV-03113

LAURI ZWINGELBERG as personal representative of the
ESTATE OF KENTON LOREN ZWINGELBERG suing derivatively on behalf of
SPRINT DENVER, INC.,

    *Plaintiffs*,

v.

ROBERT A. WILLIAMS,

    *Defendant.*

## DEFENDANT ROBERT A. WILLIAMS' NOTICE OF REMOVAL

Defendant Robert A. Williams, a Texas resident, by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and Local Rule 81.1, respectfully files this Notice of Removal giving notice that he is removing this action to the United States District Court for the District of Colorado. In support of this removal, Defendant states as follows:

## BACKGROUND

1. On September 3, 2020, Plaintiff Lauri Zwingelberg, as personal representative of the estate of Kenton Loren Zwingelberg, filed a petition in the District Court, City and County of Denver, State of Colorado, and was assigned Case No. 2020-CV-33048 (the "State Court Action"). A true and correct copy of that petition is attached hereto as Exhibit A.

2. On September 17, 2020, Williams was served with a copy of the State Court Action.

3. The district embracing the place where the State Court Action is pending is the United States District Court for the District of Colorado.

4. Defendant is filing this Notice of Removal timely pursuant to 28 U.S.C. § 1446(b).

5.      Defendant will further provide written notice of removal to counsel of record for plaintiff in this action, and will file a copy of this Notice of Removal in the State Court Action.

## DIVERSITY JURISDICTION

6.      To establish diversity jurisdiction, the removing party must show that "the matter in controversy exceeds . . . $75,000, exclusive of interest and costs, and is between . . . citizens of different states." 28 U.S.C. § 1332(a). As shown from the face of Plaintiff's petition in the State Court Action, this Court has diversity jurisdiction over this matter.

7.      As Plaintiff admits in her Petition, both Mr. Zwingelberg (the recently deceased shareholder) and Ms. Zwingelberg (the personal representative of his estate) are or were Colorado residents. *See* Exhibit A, ¶¶ 4, 9. Further, Mr. Zwingelberg's estate is being probated in Arapahoe County, Colorado. *Id.* ¶ 7.

8.      Mr. Williams, in contrast, is a Texas resident. *Id.* ¶ 11.

9.      Because Plaintiff (in any possible iteration) is a Colorado resident and Defendant is a Texas resident, complete diversity exists. 28 U.S.C. § 1332.

10.     Further, the amount in controversy in this matter exceeds $75,000. "The sum claimed by the plaintiff controls if the claim is apparently made in good faith." *St. Paul Mercury Indemnity Co. v. Red Cab. Co.*, 303 U.S. 283, 288 (1938); *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1410 (5th Cir. 1995). Thus, "[t]he district court must first examine the complaint to determine whether it is 'facially apparent' that the claims exceed the jurisdictional amount." *St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998).

11.     While Plaintiff does not demand a specified amount in the petition, it is plain from the petition that Plaintiff's damages, if proved, would satisfy the jurisdictional requirements of this Court. For example, Plaintiff complains of, of among other things:

    a. The alleged improper assignment of a keyman life insurance policy in the amount of $2,000,000.00 (paragraphs 82-86);

    b. Alleged excessive annual compensation in the amount of $140,000.00 (paragraph 129); and

    c. The alleged improper liquidation of company assets, which were liquidated for (according to the petition) $105,000.00 plus a portion of future sales, and thus presumably worth more than that (paragraph 130).

12. Thus, it is facially apparent that Plaintiff's claims satisfy the jurisdictional requirements of this Court.

13. For the reasons set forth above, this Court has diversity jurisdiction over the State Court Action, and removal is proper under the federal rules and the United States Code.

**WHEREFORE**, Defendant respectfully removes this action to the United States District Court for the District of Colorado.

Submitted this 16th day of October, 2020.

Respectfully Submitted,

By: _____
Matthew M. Mitzner
MITZNER LLP
Thanksgiving Tower
1601 Elm Street, Suite 1995
Dallas, Texas 75201
Tel: (214) 810-1488
Fax: (214) 614-7485
matthew@mitznerllp.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, a true and correct copy of this document was filed via ECF.

Matthew M. Mitzner